## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEY'MARION ENNALS,

     *Plaintiffs*,

     v.

STATE OF MARYLAND, ET AL.,

     *Defendants*.

\*

\*

\*   No.

\*

\*

\*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### NOTICE OF REMOVAL

Defendant, the State of Maryland, by its undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, hereby removes this action from the Circuit Court for Dorchester County, Maryland to the United States District Court for the District of Maryland, and, for reasons, states:

1. The Complaint governing this action was filed in the Circuit Court for Dorchester County on December 4, 2025.

2. The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for Malicious Prosecution under Maryland Declaration of Rights, Articles 24 and 26 (Count I); Malicious Prosecution under the Fourteenth Amendment and 42 U.S.C. 1983 (Count II); Malicious Prosecution (Count III); Negligent Training, Hiring, Supervision, and Retention (Count IV);

Gross Negligence (Count V); Negligence (Count VI); and Indemnification (Count VII).

3. Because Counts II, V, and VI allege a cause of action against the State of Maryland under a federal statute or the federal constitution, the United States District Court has original jurisdiction over that count in that it purports to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4. In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the complaint (Counts I, III, IV, and VII.

5. A writ of summons was issued for this defendant on December 5, 2025.

6. The State of Maryland was served on December 19, 2025 by serving the State Treasurer.

7. Defendant, the State of Maryland, is filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b).

8. Pursuant to Local Rule 103.5, Defendant State of Maryland is filing with this Notice of Removal in the United States District court true and legible copies of all process, pleadings, papers and orders which have been served upon him. Exhibit 1.

9. Concurrent with the filing of this Notice of Removal, Defendant State of Maryland, pursuant to 28 U.S.C. § 1446(c)(5) has provided written notice of removal to Plaintiff and the other named defendants (through counsel) and has filed a copy of this Notice with the Clerk of the Circuit Court for Dorchester County, thereby effecting the removal of this action, and alerting the State court that it shall proceed no further unless and until the case is remanded. *See* Exhibit 2.

10. All co-defendants (Amanda Leonard, Philip Donoho, and Ella Disharoon) will be represented by undersigned counsel and have consented to the removal of this action.

Wherefore, Defendant State of Maryland, notifies all courts and parties that this action has been removed to the United States District Court for the District of Maryland and that no further proceedings shall be had in the Circuit Court for Dorchester County.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)

January 16, 2026                    Attorneys for Defendant
                                    State of Maryland


## CERTIFICATE OF SERVICE

I certify that, on this 16th day of January, 2026 the foregoing was served by

CM/ECF on all registered CMF users and by email upon the following:

Cary J. Hansel
Hansel Law
2514 North Charles Street
Baltimore, Maryland  21218
*cary@hansellaw.com*

Lawrence S. Greenberg
6 E. Biddle Street
Baltimore, Maryland 21202
*larry@greenberglawyers.com*


/s/ Wendy L. Shiff

_____

Wendy L. Shiff

4

5