**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEY'MARION ENNALS,                        \*

        *Plaintiffs*,             \*

      v.                              \*   No. 1:26-cv-00175-BAH

                         \*

STATE OF MARYLAND, ET AL.,                 \*

        *Defendants*.              \*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**DEFENDANTS' MOTION TO DISMISS**

Defendants, State of Maryland, Amanda Leonard, State's Attorney for Dorchester County, Philip Donoho, former Deputy State's Attorney for Dorchester County, and Ella Disharoon, Deputy State's Attorney for Dorchester County, by their undersigned counsel, file this Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Court to dismiss Plaintiff's Complaint. (ECF No. 3.) The grounds for this motion are set out in the accompanying memorandum in support.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)

January 22, 2026                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 22nd day of January, 2026 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Wendy L. Shiff

_____

Wendy L. Shiff

.                                    2