**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEY'MARION ENNALS,            &ast;

   *Plaintiffs*,            &ast;

  v.            &ast; No. 1:26-cv-00175-BAH

        &ast;

STATE OF MARYLAND, ET AL.,

   *Defendants*.            &ast;

 &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

**[PROPOSED] ORDER**

Upon consideration of the defendants' motion to dismiss, and any response thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026;

The motion to dismiss is GRANTED with prejudice.

_____
Brendan A. Hurson, Judge