Case 1:26-cv-00175-BAH   Document 13   Filed 02/22/26   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEY'MARION ENNALS, | * | |
| Plaintiffs, | * | |
| v. | * | No. 1:26-cv-00175-BAH |
| STATE OF MARYLAND, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENTION OF TIME FOR PLAINTIFF
TO REPLY TO DEFENDANTS' MOTION TO DISMISS**

Now comes Plaintiff Key'Marion Ennals, through his attorneys, Lawrence S. Greenberg and the Greenberg Law Offices, and Cary J. Hansel and Kristen M. Mack, Hansel Law, P.C., pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 105, respectfully request that this Court extend the deadline to file Plaintiff's response to Defendants State of Maryland, Amanda Leonard, Philip Donoho, and Ella Disharoon, Motion to Dismiss, and as good cause for the requested relief state:

1. Plaintiff Key'Marion Ennals filed his Complaint in this matter on or about December 4, 2025, in the Circuit Court of Maryland for Dorchester County.

2. On January 16, 2026, Defendants State of Maryland, Amanda Leonard, Philip Donoho, and Ella Disharoon (hereinafter collectively "Defendants") filed a Notice of Removal to this court.

3. On or about January 22, 2026, Defendants filed a Motion to Dismiss.

4. For an unknown reason, Mr. Hansel and Ms. Mack's appearances were not submitted to CM/ECF for the removal and they did not get notice of the filing, and therefore had not addressed the motion.

5. Due to an unusually heavy workload for undersigned Plaintiff's counsel, the preparation of Plaintiff's response to Defendants' Motion to Dismiss is not yet complete.

6. Defendants' counsel, Wendy L. Shiff, has graciously consented to the requested relief.

7. The relief is not posed for contumacious or vexatious purposes.

8. No party will be unduly prejudiced should the requested relief be granted.

Wherefore, Plaintiff Key'Marion Ennals, respectfully requests that Plaintiff's time to reply to Defendants State of Maryland, Amanda Leonard, Philip Donoho, and Ella Disharoon, Motion to Dismiss be extended until and including March 6, 2026.

Respectfully submitted,

GREENBERG LAW OFFICES
/s/ Lawrence S. Greenberg
LAWRENCE S. GREENBERG (Bar No.: 23642)
6 E. Biddle Street
Baltimore, MD 21202
Tel: (410) 539-5250
Fax: (410) 625-7891
larry@greenberglawyers.com
Counsel for the Plaintiff

HANSEL LAW, P.C.
/s/ Kristen M. Mack
Cary J. Hansel (Bar No.: 14722)
Kristen M. Mack (Bar No.: 30349)
2514 North Charles Street
Baltimore, Maryland 21218
Phone: (301) 461-1040
Fax: (443) 451-8606
cary@hansellaw.com
kmack@hansellaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on this 22nd day of February, 2026 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Lawrence S. Greenberg

LAWRENCE S. GREENBERG